IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MATTIE R. AVERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:15-CV-239-WHA |
| ) | (WO) |
| ALABAMA STATE UNIVERSITY ) | |
| & ALEX PETTWAY, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiff and this case is Dismissed with prejudice.

Costs are taxed against the Plaintiff.

Done this 13th day of December, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE